# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JAMES EDWARD GRANT,

    Petitioner,

v.

TRENTON SCHAFER,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:08-cv-672-vis

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ S. Vogel
by Deputy Clerk

7/23/09
_____
Date