IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES EDWARD GRANT,

                Plaintiff,

    v.

TRENTON SCHAFER,

                Defendant.

ORDER

08-cv-672-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Judgment was entered in this civil rights lawsuit on July 23, 2009 after I granted defendant's motion for summary judgment on plaintiff's excessive force claim. In a September 1, 2009 order, I denied plaintiff's motion for relief from judgment under Fed. R. Civ. P. 60. Now plaintiff has filed a document titled "Petition for Supervisory Writ" in which he restates some of his allegations against defendant Trenton Schafer and asks that the judgment in this case be "reversed [or] adjudged null and void." However, he provides no explanation of how the July 23, 2009 summary judgment order was erroneous. I will construe plaintiff's submission as a second motion for relief from judgment under Rule 60 and deny it because he fails to establish grounds for relief from judgment in this case.

1

ORDER

IT IS ORDERED that the "Motion for Supervisory Writ" filed by plaintiff James Grant, dkt. #47, is DENIED.

Entered this 8th day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge